**Order filed November 10, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00621-CR
_____

### DANIEL JAMES GRAY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 06-CR-1249**

## ORDER

Appellant is appealing an order denying his motion for forensic DNA testing. *See* Tex. Code Crim. Proc. Ann. art. 64.05. On September 16, 2022, the trial court clerk filed the clerk's record, which did not contain a certification of appellant's right to appeal. *See* Tex. R. App. P. 25.2(a)(2), 34.5(a)(12); Tex. Code Crim. Proc. art. 64.05. An appeal must be dismissed if a certification showing that the defendant has the right of appeal has not been made part of the record. Tex. R. App. P. 25.2(d).

We order the trial court to execute a certification of appellant's right to appeal and direct the trial court clerk to prepare, certify, and file a supplemental

clerk's record containing the certification with the clerk of this this court **within 30 days** of the date of this order. *See* Tex. R. App. P. 34.5(c)(2), 37.1, 44.4.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.